United States District Court
Southern District of Texas
**ENTERED**
May 26, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **BRADLEY KLEIN and HOLLY KLEIN,** § | |
| § | |
| *Plaintiffs*, § | |
| **VS.** § | **CIVIL ACTION NO. 4:25-cv-02151** |
| § | |
| **UNITED BEHAVIORAL HEALTH,** § | |
| **HEWLETT PACKARD ENTERPRISE,** § | |
| **and the HEWLETT PACKARD** § | |
| **ENTERPRISE MEDICAL PLAN,** § | |
| § | |
| § | |
| *Defendants*. § | |

## ORDER

The Parties in this case filed a Stipulation of Dismissal, stipulating that the above-styled action be dismissed with prejudice. ECF No. 79. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 26th of May, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE